**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FARGO ELECTRONICS INC.,
a Minnesota Corporation,

Plaintiff,

Civil File No.: 02-CV-0863 (MJD/JGL)

v.

SONY CHEMICALS CORPORATION OF AMERICA, an Illinois Corporation, SONY CHEMICALS CORPORATION, a Japanese Corporation, and SONY CORPORATION, a Japanese Corporation,

Defendants.

---

**STIPULATION**

Plaintiff Fargo Electronics Inc. and defendants Sony Chemicals Corporation of America, Sony Chemicals Corporation, and Sony Corporation, by their undersigned counsel, hereby stipulate as follows:

1. Undersigned counsel for the three defendants (Sony Chemicals Corporation of America, Sony Chemicals Corporation, and Sony Corporation) agrees to accept service (and waive any process of service requirements) on behalf of each and every defendant.

2. Each defendant shall have 90 days from the effective date of this stipulation (which is the date that the last party to sign this stipulation executes it) to answer, reply or otherwise respond to plaintiff's First Amended Complaint, dated June 5, 2002.



FILED JUL 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. This stipulation shall not in any way be used or construed against plaintiff's stated intention to seek (or its efforts to obtain) a preliminary injunction enjoining one or more defendants from selling, offering for sale, using, manufacturing and/or importing the products at issue in this case, as explained in further detail in plaintiff's First Amended Complaint.

Dated: 28 June 2002

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

BY: ______________________

Ronald J. Schutz (#130849)
Ken R. Hall (#247017)
Thomas K. Loughlin (#309333)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota, 55402-2015
Phone: (612) 349-8500

ATTORNEYS FOR PLAINTIFF FARGO ELECTRONICS INC.

Dated: June 24, 2002

LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK

By: ______________________

Joseph S. Littenberg
John R. Nelson
600 South Avenue West
Westfield, NJ 07090-1497
Phone (908) 654-5000

ATTORNEYS FOR DEFENDANTS SONY CHEMICALS CORPORATION OF AMERICA, SONY CHEMICALS CORPORATION, and SONY CORPORATION

Dated: July 8, 2002

SO ORDERED.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

20004399.1