UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fargo Electronics Inc., a Minnesota corporation,

Plaintiff,

v.

Sony Chemicals Corporation of America, an Illinois corporation, Sony Chemicals Corporation, a Japanese corporation, and Sony Corporation, a Japanese corporation,

Defendants.

Civil File No. 02-CV-863 (MJD/JGL)

**ORDER**

This matter came before the undersigned on the motion for extension of time to reply to the motion for preliminary injunction of Plaintiff Fargo Electronics Inc. and for expedited discovery, brought by defendants Sony Chemicals Corporation of America, Sony Chemicals Corporation, and Sony Corporation (collectively "Sony"). Sony was represented by Craig D. Diviney, Esq., Dean C. Eyler, Esq., Shelley L. Parnell, Esq. of Dorsey & Whitney LLP, Minneapolis, Minnesota, and William L. Mentlik, Esq. of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, Westfield, New Jersey. Plaintiff was represented by Ronald J. Schutz, Esq., Ken R. Hall, Esq., and Thomas K. Loughlin, Esq., Robins, Kaplan, Miller & Ciresi LLP, Minneapolis, Minnesota.

Therefore, based upon the Defendants' motion and all the files, records and proceedings herein,

IT IS HEREBY ORDERED, that: (1) Sony may conduct expedited discovery, including depositions and document production, prior to the hearing on the motion for a

FILED 7-18-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

preliminary injunction; (2) the depositions of Messrs. Upin, Klinefelter and Westman shall be taken on or before August 9; and (3) Sony's opposition papers be served on or before August 23.

BY ORDER OF THE COURT:

Dated: July 18, 2002

Michael J. Davis

Michael J. Davis, Judge
United States District Court