**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case No.: 02-CV-863 (MJD/JGL)

Case Title: Fargo Electronics, Inc. v. Sony Chemicals, et al.

I, Shelley L. Parnell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen F. Roth, an attorney admitted to practice in the ______________ District of New Jersey, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Sony Chemicals Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Shelley L. Parnell
Signature

304098
MN Attorney License No.

7/19/02
Date

Affidavit of Proposed Admittee

I, Stephen F. Roth, am currently a member in good standing of the U.S. District Court for the ______________ District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Stephen F. Roth
Type/Print Name

[signature]
Signature

7/16/02
Date

Attorney License No. (SR 0352)
Law Firm Name & Address: Lerner, David, Littenberg, Krumholz & Mentlik
600 South Avenue West
Westfield, NJ 07090-1497
Telephone: (908) 654-5000

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

# PETITION FOR ADMISSION PRO HAC VICE

Case No.: 02-CV-863 (MJD/JGL) Case Title: Fargo Electronics, Inc. v. Sony Chemicals, et al.

I, Shelley L. Parnell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Joseph S. Littenberg, an attorney admitted to practice in the ______________ District of New Jersey but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Sony Chemicals Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Shelley L. Parnell
Signature

304098
MN Attorney License No.

7/19/02
Date

Affidavit of Proposed Admittee

I, Joseph S. Littenberg, am currently a member in good standing of the U.S. District Court for the ______________ District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Joseph S. Littenberg
Type/Print Name

Signature

7/16/02
Date

Attorney License No. JL 2819
Law Firm Name & Address: Lerner, David, Littenberg, Krumholz & Mentlik
600 South Avenue West
Westfield, NJ 07090-1497
Telephone: (908) 654-5000

Motion Granted: Richard Y. Nelson [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

Case No.: 02-CV-863 (MJD/JGL) Case Title: Fargo Electronics, Inc. v. Sony Chemicals, et al.

I, Shelley L. Parnell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice John R. Nelson, an attorney admitted to practice in the ______________ District of New Jersey, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Sony Chemicals Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Shelley L. Parnell 304098 7/19/02
Signature MN Attorney License No. Date

Affidavit of Proposed Admittee

I, John R. Nelson, am currently a member in good standing of the U.S. District Court for the ______________ District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

John R. Nelson [signature] July 17, 2002
Type/Print Name Signature Date

Attorney License No. JN 5596
Law Firm Name & Address: Lerner, David, Littenberg, Krumholz & Mentlik
600 South Avenue West
Westfield, NJ 07090-1497
Telephone: (908) 654-5000

Motion Granted: [signature] JUL 2 2 2002
For the Court: F~~rancis E. Dosal~~, Clerk MMC Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case No.: 02-CV-863 (MJD/JGL) Case Title: Fargo Electronics, Inc. v. Sony Chemicals, et al.

I, Shelley L. Parnell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William L. Mentlik, an attorney admitted to practice in the ______________ District of New Jersey, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Sony Chemicals Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Shelley L. Parnell 304098 7/19/02
Signature MN Attorney License No. Date

Affidavit of Proposed Admittee

I, William L. Mentlik, am currently a member in good standing of the U.S. District Court for the ______________ District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

William L. Mentlik [signature] 7/17/02
Type/Print Name Signature Date

Attorney License No. WM1540
Law Firm Name & Address: Lerner, David, Littenberg, Krumholz & Mentlik
600 South Avenue West
Westfield, NJ 07090-1497
Telephone: (908) 654-5000

Motion Granted: [signature] JUL 22 2002
For the Court: ~~Francis E. Dosal~~, Clerk MY Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

JUL 22
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______