ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FARGO ELECTRONICS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

SONY CHEMICALS CORPORATION OF AMERICA, an Illinois Corporation, SONY CHEMICALS CORPORATION, a Japanese Corporation, and SONY CORPORATION, a Japanese Corporation,

Defendants.

Civil File No. 02-CV-863 MJD/JGL

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel of record, that pursuant to the Settlement Agreement executed by the parties, the above action may be dismissed in its entirety, without prejudice and without costs to any party.

Dated this 14th day of August, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________

Ronald J. Schutz (#130849)
Ken R. Hall (#247017)
Thomas K. Loughlin (#309333)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota, 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF FARGO ELECTRONICS INC.**

AUG 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

20011312.1

Dated this 14th day of August, 2002.

**DORSEY & WHITNEY LLP**

By: ______________________________
Craig D. Diviney (#23103)
Dean C. Eyler (#0267491)
50 South Sixth Street
Suite 1500
Minneapolis, Minnesota 55402
Phone: (612) 343-7953

– and –

**LERNER, DAVID, LITTENBERG,**
**KRUMHOLZ & MENTLIK**
Joseph Littenberg
Stephen Roth
600 South Avenue West
Westfield, New Jersey 07090-0004
Phone: (908) 654-5000

**ATTORNEYS FOR DEFENDANTS**
**SONY CHEMICALS CORPORATION, et al.**

Fargo Electronics, Inc. v. Sony Chemicals Corp., et al., Civil No.: 02-863 (MJD/JGL)

**ORDER**

The Court, having considered the Stipulation of the parties, now orders that the above action is dismissed without prejudice and without costs to any party.

Dated: August 16, 2002.

Michael J. D[illegible]
Judge of the District Court